UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re )
)
WILLIAM DEBOSKEY. )Case No.8:25-BK-07792-RCT
)Chapter 13
Debtor.

---

WILLIAM DEBOSKEY,

Plaintiff,

v.

RED STICK ACQUISITIONS, LLC et al.

Defendants.

---

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Order (I) Granting Renewed Motion to Dismiss or Abstain and (II) Abstaining from Consideration of the Adversary Complaint (Dkt. No. 33) was served the 20th day of February, 2026 as follows:

Electronically to:

William DeBoskey, bill27035@gmail.com
Kelly Remick, Chapter 13 Trustee, ecf@ch13tampa.com

By US Mail to the attached list.

*I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.*

Brian K. McMahon, P.A.
1401 Forum Way Suite 730
West Palm Beach, FL. 33401
Telephone: 561-478-2500
Facsimile: 561-478-3111

By: */s/ Brian K. McMahon*
Attorney for the Debtor
FBN: 0853704

Christiana Trust A Division of Wilmington Savings Fund Society, FSB as Trustee for Stanwich Mortgage Loan Trust, Series 2012-13 Attn: Controller or Authorized Bank Officer, 500 Delaware Avenue Wilmington, DE 19801

Bryn Mawr Trust Company of Delaware Attn: Trust Officer or Managing Agent, 300 Bellevue Parkway, Suite 300 Wilmington, DE 19809

Wilmington Savings Fund Society, FSB Not in its individual capacity, but solely as Trustee for Palisades Trust Attn: Controller or Authorized Bank Officer, 500 Delaware Avenue Wilmington, DE 19801

Goshen Mortgage LLC. as Trustee for GDBT I Trust 2011-1 c/o Corporation Service Company, Registered Agent Attn: Officer or Managing/General Agent, 1201 Hays Street Tallahassee, FL 32301-2525

BRUCE CRAWFORD 11467 Riverwood Place, 12 Oaks North Palm Beach, Florida 33408